FLOWERS *v.* HUFF.

Opinion delivered February 25, 1918.

Appeal from Pulaski Circuit Court, Second Division; *Guy Fulk,* Judge; affirmed.